693 A.2d 583

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION,**

v.

**ALTOONA CITY AUTHORITY, City of Altoona, and American Premier Underwriters, Inc.,**

v.

**CONSOLIDATED RAIL CORP., Pennsylvania Electric Co., Redevelopment Authority of Altoona, Union Tank Car Co., and Simon Resources, Inc.,**

**No. 29 Middle District Appeal Docket 1997.**

Supreme Court of Pennsylvania.

May 29, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of May, 1997, the direct appeal is quashed.